# United States District Court

## WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **United States of America** | **)** | |
| | **)** | |
| **vs** | **)** | |
| | **)** | |
| **Albert W. Jones** | **)** | **Docket No. 1:09CR20** |

### REQUEST TO MODIFY CONDITIONS OF RELEASE
### ACCORDING TO ATTACHED PS42A CONSENT BY DEFENDANT

I, Robert T. Ferguson, U.S. Probation Officer, recommend the following modification of the defendant's release:

Condition 7(q) is striken to remove the condition of home detention with electronic monitoring.

This Modification Order has been discussed with AUSA Corey Ellis, who concurs with the recommendation.


s/ Robert T. Ferguson                                    June 2, 2010

Robert T. Ferguson                                        Date
U.S. Probation Officer


Reviewed and Approved:     s/ Elisabeth F. Ervin                              June 2, 2010

                           Elisabeth F. Ervin                                Date
                           Supervising U.S. Probation Officer

**REQUEST TO MODIFY CONDITIONS OF RELEASE**
**ACCORDING TO ATTACHED PS42A CONSENT BY DEFENDANT**

**Albert W. Jones**                                                                                    **1:09CR20**

THE COURT ORDERS:

[X
]        The attached modification of conditions of release is ordered, to be effective on _June 3,
        2010_____.

[   ]    The attached modification of release is not ordered.

                                        Signed: June 2, 2010


                                        _Dennis L. Howell_____

                                        Dennis L. Howell
                                        United States Magistrate Judge


cc:     Defendant - Copy